**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00141-CR**
_____

**IN RE HEYMAN HAROLD GUILLORY**

**Original Proceeding**

**MEMORANDUM OPINION**

Relator Heyman Harold Guillory filed a petition for writ of mandamus, in which he complains that after pleading guilty, he filed a request for DNA testing with the trial court pursuant to Chapter 64 of the Texas Code of Criminal Procedure, but the trial court failed to rule on his motion. To obtain mandamus relief for the trial court's refusal to rule on a motion, a relator must establish: "(1) the motion was properly filed and has been pending for a reasonable time; (2) the relator requested a ruling on the motion; and (3) the trial court refused to rule." *In re Sarkissian*, 243 S.W.3d 860, 861 (Tex. App.—Waco 2008, orig. proceeding). Merely filing a motion with a trial court does not constitute a request for the trial court to rule on the motion. *Id.*

1

Guillory provided a copy of his motion and the State's response; however, his petition for writ of mandamus and the documents provided do not demonstrate that he requested a ruling on his motion and that the trial court refused to rule. We conclude that Guillory has not shown that the trial court failed to act on a properly filed motion. *See id.* Accordingly, we deny mandamus relief.

PETITION DENIED.

PER CURIAM

Opinion Delivered April 16, 2014
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.